# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MICHAEL GREENE, | : | |
| --- | --- | --- |
| Petitioner, | : | |
| v. | : | No. 3:16-CV-900 |
| SUPERINTENDENT TICE, | : | (Judge Brann) |
| Respondent. | : | |

# ORDER

**AND NOW**, this 22nd day of May 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner's habeas corpus action is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge